# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

RICHARD B. LAY

NO. 2021 KW 0018

**MARCH 02, 2021**

---

In Re:    Richard B. Lay, applying for supervisory writs, 22nd Judicial District Court, Parish of St. Tammany, No. 215530.

---

**BEFORE:    GUIDRY, McCLENDON, AND LANIER, JJ.**

**WRIT GRANTED.** The district court is ordered to act on relator's motion to vacate and set aside conviction and sentence, filed May 15, 2020, on or before March 29, 2021. A copy of the district court's action shall be filed in this court on or before April 6, 2021.

**JMG**
**PMc**
**WIL**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT